IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kenon Roderick Ontel Stevens,   ) | C/A No. 0:14-2402-JMC |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| Berkeley County Detention Center, et al.;   ) | |
| Southern Health Medical Provider; Nurse   ) | |
| Heather; Dr. Bush; Nurse Kenya,   ) | |
| ) | |
| Defendants.   ) | |
| _____   ) | |

Plaintiff, proceeding *pro se*, filed this Complaint pursuant to 42 U.S.C. § 1983 alleging a violation of his constitutional rights while detained at the Berkeley County Detention Center. ECF No. 1. By order issued on June 18, 2014, Plaintiff was given an opportunity to provide the service documents necessary to bring the case into proper form for evaluation and possible service of process. ECF No. 8. Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the order would subject the case to dismissal. Plaintiff filed a motion for extension of time to comply with the order, which the court granted. ECF Nos. 10, 11. However, Plaintiff failed to comply with the court's order prior to the extended deadline of September 12, 2014.

The court issued a second proper form order on September 25, 2014, allowing Plaintiff additional time to bring this case into proper form. ECF No. 19. The order was returned to the court as undeliverable mail with a notation that Plaintiff is no longer a detainee at the Berkeley County Detention Center. ECF No. 21. The court notes that Plaintiff's first proper form order advised him of his duty to keep the court advised of any address change and warned Plaintiff that failure to do

so could result in dismissal of this action. As the time to bring this case into proper form has now lapsed and Plaintiff has failed to prosecute this case or comply with the proper form orders issued by this court, this case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

J. Michelle Childs
United States District Judge

October 23, 2014
Columbia, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.