AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Kenon Roderick Ontel Stevens, *Plaintiff,* )<br>v. )<br>Berkeley County Detention Center et al; Southern )<br>Health Medical Provider; Nurse Heather; Dr. Bush; )<br>and Nurse Kenya, )<br>*Defendants,* | Civil Action No.    0:14-cv-02402-JMC-PJG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Kenon Roderick Ontel Stevens, shall take nothing of the defendants, Berkeley County Detention Center, Southern Health Medical Provider, Nurse Heather, Dr. Bush, and Nurse Kenya, and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable J. Michelle Childs, United States District Judge, presiding. The Court having dismissed the complaint for failure to bring the action into proper form.

Date:   October 24, 2014                                                                                  *LARRY W. PROPES, CLERK OF COURT*

                                                                                                                              s/G. Mills
                                                                                                                    *Signature of Clerk or Deputy Clerk*